UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                               NO. CIV. S-10-1353 LKK/DAD

        Plaintiff,

   v.

                                O R D E R

IK-KYUN, et al.,

        Defendants.

                              /

     On June 2, 2010, plaintiff filed a complaint against defendant. A summons was issued the same day. Plaintiff has not yet served defendant. The status conference is now set for October 18, 2010. On October 4, 2010, plaintiff filed a status report indicating that he has still not yet served defendant.

     Pursuant to Fed. R. Civ. P. 4(m), "If a defendant is not served within 120 days after the complaint is filed the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Pursuant to

1

1  this rule, plaintiff should have served his complaint by
2  September 30, 2010. Plaintiff has not provided the court with
3  any explanation for his delay in serving defendant.
4      For the foregoing reasons the court orders as follows:
5      (1)  Plaintiff must serve defendant within twenty-one (21)
6           days of the issuance of this order. Failure to do so,
7           without good cause, will result in dismissal of
8           plaintiff's complaint.
9      (2)  The status conference scheduled for October 18, 2010
10          is VACATED.
11     (3)  The status conference is reset for January 24, 2011
12          at 1:30 p.m. Parties shall file status reports
13          fourteen (14) days prior to the status conference.
14     IT IS SO ORDERED.
15     DATED:  October 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2