UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                                NO. CIV. S-10-1353 LKK/DAD

      Plaintiff,

  v.

                                O R D E R

IK-KYUN, et al.,

      Defendants.
                               /

     A status conference is scheduled in the above-captioned case on Monday, January 24, 2011 at 1:30 pm. This court issued an order on October 15, 2010 ordering the plaintiff to serve the defendant within twenty-one (21) days of the issuance of the order. Plaintiff was warned that failure to do so, without good cause, would result in dismissal of the complaint. Plaintiff has not served the defendant, and the time for doing so has expired. Accordingly, plaintiff is ORDERED TO SHOW CAUSE within fourteen (14) days of the issuance of this order why the case should not be dismissed. The status conference scheduled for January 24,

1

1  2011 is VACATED.
2        IT IS SO ORDERED.
3        DATED:  January 21, 2011.
4
5
6  _____
   LAWRENCE K. KARLTON
7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26